435 A.2d 916

Commonwealth v. Wiltrout, Appellant.

Petition for Allowance of Appeal Denied March 8, 1982.

Argued May 1, 1981. Gary R. Fine, for appellant; Albert M. Nichols, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before POPOVICH, MONTGOMERY and HOFFMAN, JJ.

Judgment of sentence is affirmed on the opinion of Gilfert M. Mihalich, J.